EXHIBIT A

**Exhibit A**

**Doe #1 (151.205.91.55 2005-01-04 07:09:59 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Troy | PA1-220-571 |
| Warner Bros. Entertainment Inc. | Catwoman | PA1-220-570 |
| Columbia Pictures Industries, Inc. | The Forgotten | PA 1-233-967 |
| Warner Bros. Entertainment Inc. | Alexander | Pending |
| Columbia Pictures Industries, Inc. | The Grudge | PA 1-241-927 |

**Exhibit A**

**Doe #2 (68.237.115.130 2005-01-26 06:06:44 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Napoleon Dynamite | PA 1-222-516 |
| Paramount Pictures Corporation | Without a Paddle | PA 1-238-113 |
| Twentieth Century Fox Film Corporation | Super Troopers | PA 1-038-292 |
| Columbia Pictures Industries, Inc. | The Grudge | PA 1-241-927 |

**Exhibit A**

**Doe #3 (151.203.184.15 2005-03-10 07:33:40 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
| --- | --- | --- |
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |
| Twentieth Century Fox Film Corporation | Hide and Seek | PA 1-256-834 |
| Disney Enterprises, Inc. | The Life Aquatic | PA 1-250-646 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doe #4 (138.88.204.48 2005-01-10 04:52:04 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe  #5 (138.88.30.96 2005-01-29 19:21:22 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe #6 (141.149.145.243 2005-01-30 20:25:48 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | The Grudge | PA 1-241-927 |

**Exhibit A**

**Doc #7 (141.150.182.26 2005-03-16 03:01:54 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Closer | PA 1-247-527 |
| New Line Productions, Inc. | Cellular | PA 1-242-465 |
| New Line Cinema Corporation | Laws Of Attraction | PA 1-255-628 |

**Exhibit A**

**Doe  #8 (141.156.171.14 2005-03-27 08:35:46 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doe  #9 (141.157.116.203 2005-03-03 21:56:32 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hellboy | PA 1-204-679 |
| Columbia Pictures Industries, Inc. | The Grudge | PA 1-241-927 |
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe  #10 (141.157.117.64 2005-01-28 10:54:27 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Coach Carter | PA 1-256-832 |

**Exhibit A**

**Doe #11 (151.196.28.123 2005-04-08 02:31:24 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Sony Pictures Home Entertainment Inc. | Resident Evil | PA 1-075-844 |

**Exhibit A**

**Doe #12 (151.197.205.40 2005-03-25 11:19:36 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |
| Disney Enterprises, Inc. | National Treasure | PA 1-250-540 |

**Exhibit A**

**Doe  #13 (151.197.51.165 2005-03-25 21:57:55 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

**Exhibit A**

**Doe #14 (151.198.15.124 2005-01-12 18:06:38 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Exorcist: The Beginning | PA 1-242-465 |
| Columbia Pictures Industries, Inc. | Spider-Man 2 | PA 1-222-519 |

**Exhibit A**

**Doe #15 (151.199.151.145 2005-03-22 04:09:56 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
| --- | --- | --- |
| Warner Bros.  Entertainment Inc. | Ocean's Twelve | PA 1-067-333 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doe  #16 (151.199.155.165 2005-04-06 23:20:06 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|-----------|-------------|------|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doe  #17 (151.203.144.105 2005-01-09 23:23:01 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe  #18 (151.203.158.244 2004-12-31 22:15:36 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | The Grudge | PA 1-241-927 |

**Exhibit A**

**Doe  #19 (151.204.155.180 2005-04-09 04:21:18 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Disney Enterprises, Inc. | Princess Diaries 2 | PA 1-241-871 |

**Exhibit A**

**Doe #20 (162.83.139.14 2005-01-27 16:48:13 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | National Treasure | PA 1-250-540 |

**Exhibit A**

**Doe #21 (162.84.250.178 2005-03-21 18:30:45 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros.  Entertainment Inc. | Cinderella Story | PA 1-233-738 |
| Warner Bros.  Entertainment Inc. | Andrew Lloyd Weber's Phantom Of The Opera | PA 1-250-672 |
| Disney Enterprises, Inc. | Mulan | PA 799-025 |

**Exhibit A**

**Doe #22 (209.158.233.90 2005-03-31 06:50:21 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

**Exhibit A**

**Doe  #23 (4.3.67.169 2005-02-25 20:58:30 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Coach Carter | PA 1-256-832 |

**Exhibit A**

**Doe #24 (68.160.11.186 2005-03-01 15:04:22 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Half Baked | PA 870-529 |
| Columbia Pictures Industries, Inc. | Christmas With The Kranks | PA 1-246-111 |
| Twentieth Century Fox Film Corporation | Cheaper By The Dozen | PA 1-188-380 |

**Exhibit A**

**Doe #25 (68.160.204.7 2005-02-13 22:37:50 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Fat Albert | PA 1-266-007 |

**Exhibit A**

**Doe  #26 (68.162.12.207 2005-03-10 02:02:23 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Fat Albert | PA 1-266-007 |

**Exhibit A**

**Doe #27 (68.236.54.31 2005-04-06 16:20:52 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | In Good Company | PA 1-273-251 |
| Columbia Pictures Industries, Inc. | Man of the House | PA 1-250-802 |

**Exhibit A**

**Doe #28 (68.237.83.48 2005-01-11 07:51:37 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |