UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; NEW LINE CINEMA CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; and NEW LINE PRODUCTIONS, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>DOES 1 - 28,<br><br>      Defendants. | Civil Action No.: |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.

UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP is wholly and indirectly owned by NBC Universal, Inc. NBC Universal, Inc. is owned by General Electric Company, a publicly traded U.S. corporation, and Vivendi Universal S.A., a publicly held French company.

NEW LINE CINEMA CORPORATION is an indirectly wholly owned subsidiary of Time Warner, Inc., a publicly traded U.S. company.

COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

DISNEY ENTERPRISES, INC. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded United States company.

TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of Fox Entertainment Group, Inc., a publicly traded U.S. corporation.

PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom Inc., a publicly traded U.S. company.

SONY PICTURES HOME ENTERTAINMENT INC. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

NEW LINE PRODUCTIONS, INC. is a wholly owned subsidiary of New Line Cinema Corporation, which is an indirectly wholly owned subsidiary of Time Warner Inc., a publicly traded U.S. company.

―――――――――――――――――――――Page Break―――――――――――――――――――――

These representations are made in order that judges of this court may determine the need for recusal.

Dated: 6/2/05

Respectfully submitted,

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
BRAND & FRULLA, P.C.
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Michael R. Klipper (D.C. Bar No. 166074)
Christopher A. Mohr (D.C. Bar No. 458599)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

Alexandra N. DeNeve (pro hac vice pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*