UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
UNIVERSAL CITY STUDIOS, et al.,                )
                                                            )
                    Plaintiffs,                         )
                                                            )
        v.                                                  )        Civil Action No. 05-1104 (PLF)
                                                            )
                                                            )
DOES 1-28,                                            )
                                                            )
                    Defendants.                        )
_____)

ORDER

        The Court has read all papers filed in connection with plaintiffs' motion for leave

to take discovery prior to the Rule 26(f) conference, and considered the issues raised therein,

including relevant privacy issues.  It has also consulted orders entered by other judges in similar

cases.  Accordingly, it is hereby

        ORDERED that plaintiff's motion for leave to take discovery prior to the Rule

26(f) conference is GRANTED.  Plaintiffs may serve immediate discovery on Verizon Internet

Services, Inc., or any other entity identified by Verizon Internet Services, Inc. as providing

network access or online services to one or more of the Doe Defendants, by serving a Rule 45

subpoena that seeks information sufficient to identify each Doe Defendant, including his or her

name, address, telephone number, email address, sand Media Access Control address.

        Any information disclosed to plaintiffs in response to the Rule 45 subpoena may

be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright

Act as set forth in the complaint.  If and when Verizon is served with a subpoena, Verizon shall

give written notice, which can include use of email, to the subscribers in question within five

business days.  If Verizon and/or any defendant want to move to quash the subpoena, the party

must do so before the return date of the subpoena, which shall be 30 days from the date of

service.  Verizon shall preserve any subpoenaed information pending the resolution of any

timely-filed motion to quash; and it is

    FURTHER ORDERED that plaintiffs shall provide Verizon or other entity

identified by Verizon with a copy of this Order along with its subpoena.

    SO ORDERED.


      /s/_____
      PAUL L. FRIEDMAN
      United States District Judge

DATE:   June 22, 2005