# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
| | ) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS; | ) |
| NEW LINE CINEMA; COLUMBIA PICTURES; | ) |
| WARNER BROS.; DISNEY ENTERPRISES; | ) |
| TWENTIETH CENTURY FOX; PARAMOUNT | ) |
| PICTURES; SONY PICTURES HOME | ) |
| ENTERTAINMENT; and NEW LINE | ) |
| PRODUCTIONS | ) |
| | ) |
| | )   Case No. 1:05-cv-01104  P.L.F. |
| v. | ) |
| | ) |
| DOES 1-28 | ) |
| | ) |

### Motion of Doe #4 To Quash Due to Lack of Personal Jurisdiction and Supporting Affidavit

Doe # 4 hereby moves in pro per for the court to quash the subpoena issued to his ISP 138.88.204.48 on the grounds that the Doe is not subject to personal jurisdiction in this location. The basis for this claim is that I do not have sufficient contacts with the District of Columbia to justify requiring me to respond to this lawsuit so far from my home. Further information's included in the affidavit below.

*John Doe*       ###################################

Signed: Doe # 4   Date: July 19, 2005

**Affidavit of Doe # 4**

I, Doe # 4 hereby DECLARE:

1. I understand that I have been sued in the District of Columbia.

2. I have no regular contacts with the District of Columbia. I do not live in the District of Columbia now nor have I ever lived in the District of Columbia. I live in Burtonsville, Maryland. I have no postal address, offices, residences, or telephone listings in the District of Columbia.

# RECEIVED

JUL 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.  I have never owned, used, possessed any real or tangible property located in the District of Columbia.

4.  I have never contracted with any person or for any property within the District of Columbia.   I have no offices, real estate, bank accounts or personal property within the District of Columbia.

5.  I have no agents in the District of Columbia.

6.  I have never sold any products or services to anyone within the District of Columbia.

7.  I have never acted as a director, manager, trustee or other officer of any corporation, incorporated under the laws of, or having its principal place of business with the District of Columbia.  I have never been registered with the District of Columbia to transact business there.

8.  In the past I have seldom visited the District of Columbia for business or personal purposes. I have never stayed more than 2 nights in the District of Columbia.

9.  None of my visits to the District of Columbia had any relationship to the matter for which I am being sued, namely my alleged use of filesharing systems from my home in Maryland.

10. Prior to this case, I have never been sued in the District of Columbia or held to be subject to the jurisdiction of the District of Columbia.

11. My only contact with the District of Columbia is because the Internet Service Provider I use has its principal place of business in this location.

I declare under penalty of perjury under the laws of the <u>United States</u> that the foregoing is true and correct and was signed in Laurel, Maryland.

Signed:   _____
                 John Doe #4

Dated:   July 19, 2005

Proof of Service

I, FARAZ SALEEM , am over 18 years of age and am not a party to the lawsuit discussed above. On this date, I used U.S. mail to send a copy of the Motion to Quash and Declaration of Doe in Support of Motion to Quash to:

Andrew D. Herman
Brand Law Group
923 Fifteenth Street, N.W.
Wshington DC 20005
Tel: (202) 637-0850

*Attorneys for Plaintiff*

Donald B. Verrilli, Jr.
Thomas J. Perrelli
Cynthia J. Robertson
JENNER & BLOCK, LLC
601 Thirteenth Street, NW, Suite 1200 Washington, D.C. 20005
Tel: (202) 639-6021
Fax: (202)639-6066

*Counsel for Recording Industry Association of America*

Cindy A. Cohn
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333 x: 108
Fax: (415) 436-999399

Megan E. Gray
ORA Y MATIERS
1928 Calvert St. N.W., Suite 6
Washington, D.C. 20009
Tel: (202) 265-2738
Fax: (202) 265-0954

*Counsel for amici EFF and Samuelson Clinic*

Thomas M. Dailey
Sarah B. Deutsch
Leonard Charles Suchyta
VERIZON INTERNET SERVICES INC.
1880 Campus Commons Drive
Reston, Virginia 20191

Eric H. Holder, Jr., D.C. Bar No. 303115
William D. Iverson, D.C. Bar No. 88872
Timothy C. Hester, D.C. Bar No. 370707
COVINGTON & BURLING
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004-2401
(202) 662-6000

John Thorne, D.C. BarNo. 421351
1515 N. Courthouse Road, Fifth Floor
Arlington, Virginia 22201

Bruce G. Joseph, D.C. Bar No. 338236
WILEY REIN & FIELDING LLP
1776 K Street, N. W.
Washington, D.C. 20006
(202) 719-7000

*Counsel for Verizon Internet Services Inc.*

FARAZ SALEEM
Printed Name

416 MAIN ST SUITE 201
LAUREL, MD 20707
Address

Dated: July 19, 2005