UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Universal City Studios Productions LLLP
100 Universal City Plaza
Universal City, CA 91608;

New Line Cinema Corporation
116 N. Robertson Blvd.
Los Angeles, CA 90048;

Columbia Pictures Industries, Inc.
10202 West Washington Blvd.
Culver City, CA 90232;

Warner Brothers Entertainment, Inc.
4000 Warner Blvd.
Burbank, CA 91505;

Disney Enterprises, Inc.
500 South Buena Vista Street
Burbank, CA 91521;

Twentieth Century Fox Film Corporation
10201 West Pico Blvd.
Los Angeles, CA 90064;

Paramount Pictures Corporation
5555 Melrose Avenue
Los Angeles, CA 90038;

Sony Pictures Home Entertainment Inc.
10202 West Washington Blvd.
Culver City, CA 90232; and

New Line Productions, Inc.
116 N. Robertson Blvd.
Los Angeles, CA 90048;

       Plaintiffs,

v.

       DOES 1 - 28,

       Defendants.

Civil Action No.:  1:05-cv-01104-PLF

## **NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss Doe Defendants 1-8, 11, 13, 15-18, 20, 23, 26 and 27 from the above-captioned action **without prejudice**, each side to bear its own costs and attorneys' fees.

NOTICE IS HEREBY FURTHER GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss Doe Defendants 9, 10, 12, 14, 19, 21, 22, 24, 25 and 28 from the above-captioned action **with prejudice**, each side to bear its own costs and attorneys' fees.

Plaintiffs request that the Court retain jurisdiction to enforce the settlement agreement (if needed) entered into as of March 10, 2006 between Plaintiffs and Doe Defendant 20.

Respectfully submitted,

Dated:
_____4/6/06_____

_____/s/_____

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
BRAND & FRULLA, P.C.
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Michael R. Klipper (D.C. Bar No. 166074)
Christopher A. Mohr (D.C. Bar No. 458599)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

Alexandra N. DeNeve (admitted pro hac vice)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*